450 A.2d 1036

Commonwealth v. Garland, Appellant.
Petition for Allowance of Appeal
Denied Nov. 5, 1982.

Submitted February 22, 1982. Susan Iris Schulman, for appellant; Alan Sacks, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, BROSKY and BECK, JJ.

The judgment of sentence is affirmed.